# EMPLOYEE INCOME RECORDS

The Debtor(s) anticipate(s) the following changes in income in the next year:

     None.

Pursuant to the requirements of 11 U.S.C. 707(b)(2)(C), Debtor(s) state(s) that the information provided in Schedule I is based on an analysis of the income received by the Debtor(s) in the past year adjusted, when appropriate, to show actual current monthly income. Paycheck stubs, bank statements and other evidence of income have been used by the Debtor(s) and their attorney for the calculations.

Evidence of 60 days of payments received from an employer are filed herewith as required by 11 U.S.C. 521(a)(1)(iv). Income figures shown on Form 22A are based on an average of the past six (6) months income received by the Debtor(s).

Absent an official form promulgated by the U.S. Bankruptcy Court or The Office of the U.S. Trustee, this statement shall constitute Debtor(s) statement of current income as required by U.S.C. 707(b)(2)(C) and 11 U.S.C. 521.

## DECLARATION OF DEBTOR(S) REGARDING EVIDENCE OF PAYMENTS RECEIVED FROM ANY EMPLOYER

The Debtor(s) hereby declare(s) **under penalty of perjury** that all evidence and advices of payments received from any employer within sixty (60) days before the date of the filing of the bankruptcy petition in this case are attached hereto and any absences or gaps in the such evidence are explained as follows:

_____ All income received is from sources other than an employer:
        _____ Social Security
        _____ Self Employment
        _____ Unemployment
        _____ Pension
        _____ Workers Compensation
        _____ Disability
        _____ Child Support
        _____ Unemployed
        _____ Other: _____

_____ The gap in advices is explained as follows: _____
_____
_____

__X__ All advices are attached. The most recent paycheck attached is the last paycheck that I/We have received prior to filing.

Date: 7/1/2015                                     _____
                                                         Debtor

Date: _____                              _____
                                                         Debtor



## State of Iowa Payroll Warrant Detail

| Name | JULIANA S HOARD | Position Number | 413-N20-2503-03092-008 | Employee ID | 61963 |
|---|---|---|---|---|---|

Address  2417 BCKNGHAM SQ 321,  URBANDALE,  IA  50322-4554

| | | | | | |
|---|---|---|---|---|---|
| Pay Period | 04-24-2015 to 05-07-2015 | Hours | Regular | | 96.00 |
| Warrant Date | 05-12-2015 | | Overtime | | |
| Warrant Number | 11390415 | | Gross | | $2459.52 |
| Warrant Type | PAYROLL | Earnings | Deductions | | $896.70 |
| | | | Net Amount | | **$1562.82** |

| Earnings | Current | YTD |
|---|---|---|
| Base Pay | $2459.52 | $20144.00 |
| Overtime Pay | | |
| Other Pay | | |
| Longevity Pay | | |
| Extra Pay | | |
| Maintenance Pay | | |
| Federal Taxable Benefit | | |
| State Taxable Benefit | | |
| Terminal Leave Pay | | |
| **Gross Pay** | **$2459.52** | **$20144.00** |
| Taxable Expense Reimbursement | | |

| Deductions | Employee Share | | State Share | |
|---|---|---|---|---|
| | Current | YTD | Current | YTD |
| Federal Withholding | $304.42 | $2050.01 | | |
| State Withholding | $103.47 | $787.85 | | |
| FICA | $187.01 | $1529.58 | $187.01 | $1529.58 |
| Retirement | $146.34 | $1198.58 | $219.64 | $1798.86 |
| Health | | | | $2913.30 |
| Dental | | | | $145.65 |
| Life | | | $3.34 | $16.70 |
| Disability | | | $15.23 | $74.85 |
| Deferred Comp. / Annuities | $37.50 | $375.00 | $37.50 | $375.00 |
| Roth Deferred Comp. | | | | |
| Flexible Spending Account - Dependent Care | | | | |
| Flexible Spending Account - Health | $15.00 | $150.00 | | |
| Maintenance | | | | |
| Other | | | | |
| Travel Advance | | | | |
| Miscellaneous Deductions | | | | |
| Employee Organization Dues / Insurance | $22.96 | $225.64 | | |
| Garnishments / Wage Assignments | | | | |
| Credit Union | $80.00 | $800.00 | | |
| Charitable Organizations | | | | |

| Leave | Earned | Taken | Balance | Paid | Max |
|---|---|---|---|---|---|
| Vacation | 5.846154 | 4.25 | 43.7388 | | 304.00 |
| Sick | 3.692308 | 8.50 | 12.1573 | | |
| Family Sick [1] | | | | | |
| IUP Personal [1] | | | | | |
| Comp. Time | | | | | |
| Holiday Comp. | | | | | |



## State of Iowa Payroll Warrant Detail

| | | | | | |
|---|---|---|---|---|---|
| **Name** | JULIANA S HOARD | **Position Number** | 413-N20-2503-03092-008 | **Employee ID** | 61963 |
| **Address** | 2417 BCKNGHAM SQ 321,  URBANDALE,  IA  50322-4554 | | | | |

| | | | | |
|---|---|---|---|---|
| Pay Period | 05-08-2015 to 05-21-2015 | **Hours** | Regular | 80.00 |
| Warrant Date | 05-26-2015 | | Overtime | |
| Warrant Number | 11408235 | | Gross | $2049.60 |
| Warrant Type | PAYROLL | **Earnings** | Deductions | $568.71 |
| | | | Net Amount | **$1480.89** |

| Earnings | Current | YTD | | |
|---|---|---|---|---|
| Base Pay | $2049.60 | $22193.60 | | |
| Overtime Pay | | | | |
| Other Pay | | | | |
| Longevity Pay | | | | |
| Extra Pay | | | | |
| Maintenance Pay | | | | |
| Federal Taxable Benefit | | | | |
| State Taxable Benefit | | | | |
| Terminal Leave Pay | | | | |
| **Gross Pay** | **$2049.60** | **$22193.60** | | |
| Taxable Expense Reimbursement | | | | |

| | Employee Share | | State Share | |
|---|---|---|---|---|
| **Deductions** | Current | YTD | Current | YTD |
| Federal Withholding | $119.78 | $2169.79 | | |
| State Withholding | $90.18 | $878.03 | | |
| FICA | $156.80 | $1686.38 | $156.80 | $1686.38 |
| Retirement | $121.95 | $1320.53 | $183.03 | $1981.89 |
| Health | | | | $2913.30 |
| Dental | | | | $145.65 |
| Life | | | | $16.70 |
| Disability | | | | $74.85 |
| Deferred Comp. / Annuities | | $375.00 | | $375.00 |
| Roth Deferred Comp. | | | | |
| Flexible Spending Account - Dependent Care | | | | |
| Flexible Spending Account - Health | | $150.00 | | |
| Maintenance | | | | |
| Other | | | | |
| Travel Advance | | | | |
| Miscellaneous Deductions | | | | |
| Employee Organization Dues / Insurance | | $225.64 | | |
| Garnishments / Wage Assignments | | | | |
| Credit Union | $80.00 | $880.00 | | |
| Charitable Organizations | | | | |

| Leave | Earned | Taken | Balance | Paid | Max |
|---|---|---|---|---|---|
| Vacation | 5.846154 | 5.83 | 43.7550 | | 304.00 |
| Sick | 3.692308 | 8.00 | 7.8496 | | |
| Family Sick [1] | | | | | |
| IUP Personal [1] | | | | | |
| Comp. Time | | | | | |
| Holiday Comp. | | | | | |



## State of Iowa Payroll Warrant Detail

| | | | | | |
|---|---|---|---|---|---|
| **Name** | JULIANA S HOARD | **Position Number** | 413-N20-2503-03092-008 | **Employee ID** | 61963 |
| **Address** | 2417 BCKNGHAM SQ 321, URBANDALE, IA 50322-4554 | | | | |

| | | | | |
|---|---|---|---|---|
| **Pay Period** | 05-22-2015 to 06-04-2015 | | Regular | 80.00 |
| **Warrant Date** | 06-09-2015 | **Hours** | Overtime | |
| **Warrant Number** | 11425946 | | Gross | $2049.60 |
| **Warrant Type** | PAYROLL | **Earnings** | Deductions | $774.33 |
| | | | **Net Amount** | **$1275.27** |

| Earnings | Current | YTD |
|---|---|---|
| Base Pay | $2049.60 | $24243.20 |
| Overtime Pay | | |
| Other Pay | | |
| Longevity Pay | | |
| Extra Pay | | |
| Maintenance Pay | | |
| Federal Taxable Benefit | | |
| State Taxable Benefit | | |
| Terminal Leave Pay | | |
| **Gross Pay** | **$2049.60** | **$24243.20** |
| Taxable Expense Reimbursement | | |

| Deductions | Employee Share | | State Share | |
|---|---|---|---|---|
| | Current | YTD | Current | YTD |
| Federal Withholding | $208.04 | $2377.83 | | |
| State Withholding | $80.57 | $958.60 | | |
| FICA | $155.65 | $1842.03 | $155.65 | $1842.03 |
| Retirement | $121.95 | $1442.48 | $183.03 | $2164.92 |
| Health | | | $582.66 | $3495.96 |
| Dental | | | $29.13 | $174.78 |
| Life | | | $3.34 | $20.04 |
| Disability | | | $15.23 | $90.08 |
| Deferred Comp. / Annuities | $37.50 | $412.50 | $37.50 | $412.50 |
| Roth Deferred Comp. | | | | |
| Flexible Spending Account - Dependent Care | | | | |
| Flexible Spending Account - Health | $15.00 | $165.00 | | |
| Maintenance | | | | |
| Other | | | | |
| Travel Advance | | | | |
| Miscellaneous Deductions | | | | |
| Employee Organization Dues / Insurance | $22.96 | $248.60 | | |
| Garnishments / Wage Assignments | $52.66 | $52.66 | | |
| Credit Union | $80.00 | $960.00 | | |
| Charitable Organizations | | | | |

| Leave | Earned | Taken | Balance | Paid | Max |
|---|---|---|---|---|---|
| Vacation | 5.846154 | 12.00 | 37.6011 | | 304.00 |
| Sick | 3.692308 | | 11.5419 | | |
| Family Sick [1] | | | | | |
| IUP Personal [1] | | | | | |
| Comp. Time | | | | | |
| Holiday Comp. | | | | | |



## State of Iowa Payroll Warrant Detail

| | | | | | |
|---|---|---|---|---|---|
| **Name** | JULIANA S HOARD | **Position Number** | 413-N20-2503-03092-008 | **Employee ID** | 61963 |
| **Address** | 2417 BCKNGHAM SQ 321, URBANDALE, IA 50322-4554 | | | | |

| | | | | |
|---|---|---|---|---|
| **Pay Period** | 06-05-2015 to 06-18-2015 | **Hours** | Regular | 80.00 |
| **Warrant Date** | 06-22-2015 | | Overtime | |
| **Warrant Number** | 11443754 | | Gross | $2049.60 |
| **Warrant Type** | PAYROLL | **Earnings** | Deductions | $1092.52 |
| | | | **Net Amount** | **$957.08** |

| Earnings | Current | YTD |
|---|---|---|
| Base Pay | $2049.60 | $26292.80 |
| Overtime Pay | | |
| Other Pay | | |
| Longevity Pay | | |
| Extra Pay | | |
| Maintenance Pay | | |
| Federal Taxable Benefit | | |
| State Taxable Benefit | | |
| Terminal Leave Pay | | |
| **Gross Pay** | **$2049.60** | **$26292.80** |
| Taxable Expense Reimbursement | | |

| Deductions | Employee Share | | State Share | |
|---|---|---|---|---|
| | Current | YTD | Current | YTD |
| Federal Withholding | $208.04 | $2585.87 | | |
| State Withholding | $80.57 | $1039.17 | | |
| FICA | $155.65 | $1997.68 | $155.65 | $1997.68 |
| Retirement | $121.95 | $1564.43 | $183.03 | $2347.95 |
| Health | | | | $3495.96 |
| Dental | | | | $174.78 |
| Life | | | | $20.04 |
| Disability | | | | $90.08 |
| Deferred Comp. / Annuities | $37.50 | $450.00 | $37.50 | $450.00 |
| Roth Deferred Comp. | | | | |
| Flexible Spending Account - Dependent Care | | | | |
| Flexible Spending Account - Health | $15.00 | $180.00 | | |
| Maintenance | | | | |
| Other | | | | |
| Travel Advance | | | | |
| Miscellaneous Deductions | | | | |
| Employee Organization Dues / Insurance | $22.96 | $271.56 | | |
| Garnishments / Wage Assignments | $370.85 | $423.51 | | |
| Credit Union | $80.00 | $1040.00 | | |
| Charitable Organizations | | | | |

| Leave | Earned | Taken | Balance | Paid | Max |
|---|---|---|---|---|---|
| Vacation | 5.846154 | 7.33 | 36.1173 | | 304.00 |
| Sick | 3.692308 | | 15.2342 | | |
| Family Sick [1] | | | | | |
| IUP Personal [1] | | | | | |
| Comp. Time | | | | | |
| Holiday Comp. | | | | | |