United States Bankruptcy Court
Southern District of Iowa

In re:                                                                   Case No. 15-01377-als
Juliana Sautchuk Hoard                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0863-4          User: amcn              Page 1 of 2              Date Rcvd: Jul 02, 2015
                              Form ID: 5B9A           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2015.
```
db          +Juliana Sautchuk Hoard,    2417 Buckingham Square, Apt. 321,     Urbandale, IA 50322-4554
802105020    CU Recovery,    26263 Forrest Blvd.,    Wyoming, MN 55092-8033
802105016   +Central Credit Services LLC,    PO Box 7230,    Overland Park, KS 66207-0230
802105019   +Credit Control,    5757 Phantom Drive, Ste. 330,    Hazelwood, MO 63042-2429
802105022    Empi,    PO Box 71519,    Chicago, IL 60694-1519
802105023    Flagstar Bank,    5151 Corporate Drive,    Warren, MI 48092-2639
802105025   +Hauge Associates,    2320 W. 49th Street,    PO Box 88610,    Sioux Falls, SD 57109-8610
802105027   +Iowa Diagnostic LLC,    1215 Pleasant St., Ste. 210,    Des Moines, IA 50309-1419
802105031   +Northland Group, Inc,    PO Box 129,    Thorofare, NJ 08086-0129
802105032   +Northstar Location Services,    4285 Genesee Street,    Buffalo, NY 14225-1943
802105035    ROC Asset Solutions LLC,    4230 A Ridge Lea Rd, Ste. 114,    Montague, MI 49437
802105039   +Thomas Law Firm,    11623 Coldwater Rd, Ste. 104,    Fort Wayne, IN 46845-1274
802105041    Wells Fargo,    PO Box 3177,    Winston Salem, NC 27102
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: lisar@johnmillerlaw.com Jul 02 2015 23:01:37     John M Miller,    974 73rd Street,
              Ste 15,    Windsor Heights, IA   50324
tr           EDI: FDFNEIMAN.COM Jul 02 2015 22:58:00      Donald F. Neiman,    801 Grand Avenue,   Suite 3700,
              Des Moines, IA  50309-8004
ust         +E-mail/Text: ustpregion12.dm.ecf@usdoj.gov Jul 02 2015 23:01:46      United States Trustee,
              Federal Bldg, Room 793,    210 Walnut Street,    Des Moines, IA 50309-2115
802105012   +EDI: AFNIRECOVERY.COM Jul 02 2015 22:58:00      AFNI,    1310 MLK Drive,   PO Box 3517,
              Bloomington, IL 61702-3517
802105013   +E-mail/Text: bankruptcy@efinancesupport.com Jul 02 2015 23:01:52     Arrow One LLC,
              PO Box 648,    Santa Ysabel, CA 92070-0648
802105014    EDI: BANKAMER.COM Jul 02 2015 22:58:00      Bank of America,    PO Box 982234,
              El Paso, TX 79998-2234
802105015   +EDI: CAPITALONE.COM Jul 02 2015 22:58:00      Capital One Bank,    PO Box 60024,
              City Of Industry, CA 91716-0024
802105017    E-mail/Text: bklaw2@centurylink.com Jul 02 2015 23:01:47     CenturyLink,    PO Box 91154,
              Seattle, WA 98111-9254
802105018   +E-mail/Text: bankruptcy@condorcap.com Jul 02 2015 23:01:47     Condor Capital,    165 Oser Ave,
              Hauppauge, NY 11788-3710
802105021    EDI: DIRECTV.COM Jul 02 2015 22:58:00      Directv,    P.O. Box 78626,    Phoenix, AZ 85062-8626
802105024    EDI: RMSC.COM Jul 02 2015 22:58:00      Gap Card,    PO Box 530993,    Atlanta, GA 30353-0993
802105026    EDI: IIC9.COM Jul 02 2015 22:58:00      IC System,    444 Highway 96 East,    PO Box 64887,
              Saint Paul, MN 55164-0887
802105029    E-mail/Text: electronicbkydocs@nelnet.net Jul 02 2015 23:01:47      Nelnet Loan Services,
              3015 S Parker Road Suite 425,    Aurora, CO 80014-2904
802105030    EDI: WFNNB.COM Jul 02 2015 22:58:00      New York and Company,    PO Box 659728,
              San Antonio, TX 78265-9728
802105034   +EDI: PRA.COM Jul 02 2015 22:58:00      Portfolio Recovery Associates, LLC,
              PRA Disputes Department,    140 Corporate Boulevard,    Norfolk, VA 23502-4952
802105036    EDI: WTRRNBANK.COM Jul 02 2015 22:58:00      Target,    Retailers National Bank,    PO Box 59231,
              Minneapolis, MN 55459-0231
802105037   +EDI: WTRRNBANK.COM Jul 02 2015 22:58:00      Target,    Retailers National Bank,    PO Box 59317,
              Minneapolis, MN 55459-0317
802105038    EDI: WTRRNBANK.COM Jul 02 2015 22:58:00      Target Corporation,    P.O. Box 960,
              Minneapolis, MN 55440-0960
802105040   +E-mail/Text: bankruptcy@veridiancu.org Jul 02 2015 23:01:51     Veridian Credit Union,
              PO Box 6000,    1827 Ansborough Ave,    Waterloo, IA 50701-3629
802105042    EDI: WFFC.COM Jul 02 2015 22:58:00      Wells Fargo Cards,    PO Box 14517,
              Des Moines, IA 50306-3517
802105043    EDI: WFNNB.COM Jul 02 2015 22:58:00      World Financial Network Bank,    PO Box 182125,
              Columbus, OH 43218-2125
                                                                                               TOTAL: 21
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
802105028    ##+MM Finance LLC,    dba EZ Money Check Cashing,    3314 Indianola Road,
              Des Moines, IA 50315-2961
802105033    ##Portfolio Recovery,    287 Independance B,    Virginia Beach, VA 23462-2962
                                                                                 TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0863-4          User: amcn              Page 2 of 2              Date Rcvd: Jul 02, 2015
                              Form ID: 5B9A           Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2015 at the address(es) listed below:
          Donald F. Neiman    trusteeneiman@bradshawlaw.com,
           IA02@ecfcbis.com;DFN@trustesolutions.com;DFN@trustesolutions.net;warner.barbara@bradshawlaw.com
          John M Miller    on behalf of Debtor Juliana Sautchuk Hoard lisar@johnmillerlaw.com
          United States Trustee    USTPRegion12.DM.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **15−01377−als7**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT of IOWA

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/2/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Juliana Sautchuk Hoard
2417 Buckingham Square, Apt. 321
Urbandale, IA 50322

| | |
|---|---|
| Case Number:<br>15−01377−als7 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−6065 |
| Attorney for Debtor(s) (name and address):<br>John M Miller<br>974 73rd Street<br>Ste 15<br>Windsor Heights, IA 50324<br>Telephone number: (515) 225−3333 | Bankruptcy Trustee (name and address):<br>Donald F. Neiman<br>801 Grand Avenue<br>Suite 3700<br>Des Moines, IA 50309−8004<br>Telephone number: (515) 246−5877 |

## Meeting of Creditors
Date: **August 5, 2015**      Time: **09:00 AM**
Location: **Room 783, Federal Building, 210 Walnut, Des Moines, IA 50309**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 10/4/15**

## Deadline to Object to Exemptions:
If applicable, thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Courthouse Annex<br>110 E. Court Avenue, Suite 300<br>Des Moines, IA 50309<br>Telephone number: 515−284−6230 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Virginia L. Satterstrom |
| Hours Open: Monday − Friday 8:00 AM − 5:00 PM | Date: 7/2/15 |

**EXPLANATIONS** B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2),(4), or (6), you must file a complaint ––  or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. See Fed. R. Bankr. P. 1019(2)(B)(i). |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Appointment of Trustee | The trustee named on the front side is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond. |

Refer to Other Side for Important Deadlines and Notices

**Only attorneys and their employees may carry cell phones and other portable communication devices into the location(s) identified above. Devices that cause audible sound must be turned off when a party is in the applicable location.**