Certificate Number: 15317-IAS-DE-025946372

Bankruptcy Case Number: 15-01377



15317-IAS-DE-025946372

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 27, 2015, at 8:39 o'clock PM PDT, Juliana S Hoard completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Iowa.

Date:  July 27, 2015

By:  /s/Lester D Mariano

Name:  Lester D Mariano

Title:  Counselor