# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | | |
|---|---|---|
| **IN RE:** | : | |
| **Juliana Sautchuk Hoard** | : | **CASE NO.: 15-01377** |
| | | **CHAPTER 7** |
| **Debtor** | : | |

## AMENDED SCHEDULE F OF CREDITOR HAVING UNSECURED CLAIMS WITHOUT PRIORITY

The following corrections and/or additions should be made to the original Schedule F filed in this proceeding by the above-named Debtor(s). All creditors shown on the original Schedule F who DO NOT appear on this amended Schedule remain unchanged as shown on the original Schedule F.

ADD:

| CREDITOR | AMOUNT |
|---|---|
| Advance America<br>1821 22nd St., Ste. 104<br>West Des Moines, IA 50266 | $425.00 |
| Green Trust Cash, LLC<br>PO Box 340<br>Hoys, MT 59527 | $600.00 |

**DECLARATION CONCERNING DEBTOR'S SCHEDULES**

**Declaration Under Penalty of Perjury By Individual Debtor**

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 4 pages and that they are true and correct to the best of my knowledge, information, and belief.

Date:   7/29/15                               /s/ Juliana Hoard
                                              Debtor


                                                /s/ John M. Miller
                                              John M. Miller, IS9999255
                                              974 73rd St., Ste. 15
                                              Windsor Heights, IA  50324
                                              Telephone: (515) 225-3333
                                              Fax: (515) 457-9999
                                              Lisar@dsmialaw.com
                                              ATTORNEY FOR DEBTORS

**CERTIFICATE OF SERVICE**: By signing above, the attorney certifies that on this 30th day of July, 2015, this document was filed electronically in the United States Bankruptcy Court, for the Southern District of Iowa. The parties listed below will receive notice electronically.

US Trustee                                    Donald F. Neiman, Trustee
Region12.DM.ECF@usdoj.gov                     Trustee@bradshawlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

In the Matter of: :

Juliana Sautchuk Hoard : CASE NO.: 15-01377
Chapter 7
    Debtor :

- - - - - - - - - - - - - - -

**VERIFICATION**

The above named Debtors verify that the above information is true and correct to the best of the Debtors knowledge under penalty of perjury.

Date: 7/29/15      /s/ Juliana Hoard
                                                               Debtor

 /s/ John Miller
John M. Miller, IS 9999255
974 73rd St., Ste. 15
Windsor Heights, IA  50324
Telephone: (515)225-3333
Fax: (515) 457-9999
ATTORNEY FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| **IN RE:** | **:** |
| **Juliana Sautchuk Hoard** | **:**  **CASE NO.: 15-01377** |
| | **CHAPTER 7** |
| | **Debtor** |
| | **:** |

**CERTIFICATE OF SERVICE**

I, John M. Miller, certify that on the 30th day of July, 2015, a true copy of the Notice of Commencement of Chapter 7 Case was served upon the named parties listed in the following Schedule F by enclosing the same in an envelope addressed to each such party at their respective addresses as disclosed by the pleadings herein, with postage fully paid, and by depositing said envelope in a United States Postal Service depository in Des Moines, Iowa.

Advance America
1821 22nd St., Ste. 104
West Des Moines, IA 50266

Green Trust Cash, LLC
PO Box 340
Hoys, MT 59527

 /s/ John Miller
John M. Miller, IS9999255
974 73rd. St., Ste, 15
Windsor Heights, IA  50324
Telephone: (515) 225-3333
Fax: (515) 457-9999
lisar@dsmialaw.com
ATTORNEY FOR DEBTOR

Advance America
1821 22nd St., Ste. 104
West Des Moines, IA 50266

Green Trust Cash, LLC
PO Box 340
Hoys, MT 59527