# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **IN RE:** : | |
| **Julianna Hoard** : | **CASE NO.: 15-01377** |
| : | **CHAPTER 7** |
| **Debtor.** : | |

## AMENDED SCHEDULE B - PERSONAL PROPERTY

The following addition should be made to the original Schedule B filed in this proceeding by the above-named debtor. All property shown on the original Schedule B which DOES NOT appear on this Amended Schedule remain unchanged as shown on the original Schedule B.

**Delete: Paragraph #25 (Automobiles, trucks, motorcycles, etc., you own)**

2011 Ford Fusion                                              Value: $13,000.00

**Add: Paragraph #25 (Automobiles, trucks, motorcycles, etc., you own)**

2011 Ford Fusion (in a bad state of disrepair)         Value: $100.00

<u>DECLARATION CONCERNING DEBTOR'S SCHEDULES</u>

**Declaration Under Penalty of Perjury By Individual Debtor**

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of one page and that they are true and correct to the best of my knowledge, information, and belief.

Dated 8/17/15                              Signed  /s/ Julianna Hoard
                                                          Debtor


                                                    /s/ John M. Miller
                                           JOHN M. MILLER, IS 9999255
                                           974 - 73rd Street, Suite 15
                                           Windsor Heights, IA  50324
                                           Telephone (515) 225-3333
                                           Lisar@johnmillerlaw.com
                                           ATTORNEY FOR DEBTOR

**CERTIFICATE OF SERVICE**: By signing above, the attorney certifies that on this 18th day of August, 2015, this document was filed electronically in the United States Bankruptcy Court, for the Southern District of Iowa. The parties listed below will receive notice electronically.

| | |
|---|---|
| US Trustee | Donald F. Neiman, Trustee |
| USTPRegion12.DM.ECF@usdoj.gov | Trustee@bradshawlaw.com |