# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| **Julianna Hoard** | : | **CASE NO. 15-01377** |
| Debtor, | : | **CHAPTER 7** |
| vs. | : | |
| **Condor Capital** | : | |
| Creditor. | : | |

## MOTION TO REDEEM TANGIBLE PERSONAL PROPERTY

The Debtors, by her attorney, represent:

1. That the tangible personal property listed below and listed in section 23 of the Debtors' Schedule B constitutes tangible personal property intended primarily for the personal family and household use of the Debtor and her family, to wit:

**2011 Ford Fusion (in bad state of disrepair)**     **$100.00**

2. That said property has been claimed exempt under Section 11 U.S.C. 522 by Schedule C of Debtors petition and no Objection to said claim of exemption have been filed and the time has passed for any objection to be filed.

3. That the lien of Condor Capital property secures a dischargeable debt that was incurred by the Debtor primarily for a personal, family or household use.

4. That the Debtors desire to redeem such property from the lien of the Creditor named in paragraph three (3) above by paying to such Creditor the amount of such Creditor's allowed secured claim secured by the lien on such property.

5. That the value of said vehicle is $100 and creditors allowed secured claim is $100.

**WHEREFORE**, the Debtor PRAY that she be permitted to redeem the tangible personal

property described above by paying to Condor Capital in the amount of $100 for such vehicle representing the allowed secured claim secured by the lien on such property.

/s/ John M. Miller
John M. Miller, IS9999255
974 73rd St., Ste. 15
Windsor Heights, IA  50324
Telephone: (515) 225-3333
Fax: (515) 457-9999
Lisar@johnmillerlaw.com
ATTORNEY FOR DEBTOR

**CERTIFICATE OF SERVICE**: By signing above, the attorney certifies that on this 10th day of September 2015, this document was filed electronically in the United States Bankruptcy Court, for the Southern District of Iowa.  The parties listed below will receive notice electronically

| US Trustee | Donald F. Neiman, Trustee |
| --- | --- |
| USTPRegion12.DM.ECF@usdoj.gov | Trustee@bradshawlaw.com |

**CERTIFICATE OF SERVICE**: By signing above, the attorney certifies that on this 10th day of September 2015, this document was filed electronically in the United States Bankruptcy Court, for the Southern District of Iowa.  The parties listed below will receive notice by regular mail.

Condor Capital
165 Oser Ave
Hauppauge, NY 11788