United States Bankruptcy Court
Southern District of Iowa

In re:                                                                      Case No. 15-01377-als
Juliana Sautchuk Hoard                                                      Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0863-4          User: admin              Page 1 of 2              Date Rcvd: Oct 06, 2015
                              Form ID: 1B18            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2015.
```
db            +Juliana Sautchuk Hoard,    2417 Buckingham Square, Apt. 321,    Urbandale, IA 50322-4554
802111160     +Advance America,    1821 22nd St., Ste. 104,    West Des Moines, IA 50266-1449
802105020      CU Recovery,    26263 Forrest Blvd.,    Wyoming, MN 55092-8033
802105016     +Central Credit Services LLC,    PO Box 7230,    Overland Park, KS 66207-0230
802105022      Empi,    PO Box 71519,    Chicago, IL 60694-1519
802105023      Flagstar Bank,    5151 Corporate Drive,    Warren, MI 48092-2639
802105025     +Hauge Associates,    2320 W. 49th Street,    PO Box 88610,    Sioux Falls, SD 57109-8610
802105027     +Iowa Diagnostic LLC,    1215 Pleasant St., Ste. 210,    Des Moines, IA 50309-1419
802105031     +Northland Group, Inc,    PO Box 129,    Thorofare, NJ 08086-0129
802105032     +Northstar Location Services,    4285 Genesee Street,    Buffalo, NY 14225-1943
802105035      ROC Asset Solutions LLC,    4230 A Ridge Lea Rd, Ste. 114,    Montague, MI 49437
802105039     +Thomas Law Firm,    11623 Coldwater Rd, Ste. 104,    Fort Wayne, IN 46845-1274
802105041      Wells Fargo,    PO Box 3177,    Winston Salem, NC 27102
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
802105012     +EDI: AFNIRECOVERY.COM Oct 06 2015 23:58:00      AFNI,    1310 MLK Drive,    PO Box 3517,
                Bloomington, IL 61702-3517
802105013     +E-mail/Text: bankruptcy@efinancesupport.com Oct 07 2015 00:02:15      Arrow One LLC,
                PO Box 648,    Santa Ysabel, CA 92070-0648
802105014      EDI: BANKAMER.COM Oct 06 2015 23:58:00      Bank of America,    PO Box 982234,
                El Paso, TX 79998-2234
802105015     +EDI: CAPITALONE.COM Oct 06 2015 23:58:00      Capital One Bank,    PO Box 60024,
                City Of Industry, CA 91716-0024
802105017      E-mail/Text: bklaw2@centurylink.com Oct 07 2015 00:02:07      CenturyLink,    PO Box 91154,
                Seattle, WA 98111-9254
802105018     +E-mail/Text: bankruptcy@condorcap.com Oct 07 2015 00:02:05      Condor Capital,    165 Oser Ave,
                Hauppauge, NY 11788-3710
802105019     +E-mail/Text: kzoepfel@credit-control.com Oct 07 2015 00:02:06      Credit Control,
                5757 Phantom Drive, Ste. 330,    Hazelwood, MO 63042-2429
802105021      EDI: DIRECTV.COM Oct 06 2015 23:58:00      Directv,    P.O. Box 78626,    Phoenix, AZ 85062-8626
802105024      EDI: RMSC.COM Oct 06 2015 23:58:00      Gap Card,    PO Box 530993,    Atlanta, GA 30353-0993
802111161     +E-mail/Text: collections@greentrustcash.com Oct 07 2015 00:02:24      Green Trust Cash, LLC,
                PO Box 340,    Hoys, MT 59527-0340
802105026      EDI: IIC9.COM Oct 06 2015 23:58:00      IC System,    444 Highway 96 East,    PO Box 64887,
                Saint Paul, MN 55164-0887
802105029      E-mail/Text: electronicbkydocs@nelnet.net Oct 07 2015 00:02:06      Nelnet Loan Services,
                3015 S Parker Road Suite 425,    Aurora, CO 80014-2904
802105030      EDI: WFNNB.COM Oct 06 2015 23:58:00      New York and Company,    PO Box 659728,
                San Antonio, TX 78265-9728
802105034     +EDI: PRA.COM Oct 06 2015 23:58:00      Portfolio Recovery Associates, LLC,
                PRA Disputes Department,    140 Corporate Boulevard,    Norfolk, VA 23502-4952
802105036      EDI: WTRRNBANK.COM Oct 06 2015 23:58:00      Target,    Retailers National Bank,    PO Box 59231,
                Minneapolis, MN 55459-0231
802105037     +EDI: WTRRNBANK.COM Oct 06 2015 23:58:00      Target,    Retailers National Bank,    PO Box 59317,
                Minneapolis, MN 55459-0317
802105038      EDI: WTRRNBANK.COM Oct 06 2015 23:58:00      Target Corporation,    P.O. Box 960,
                Minneapolis, MN 55440-0960
802105040     +E-mail/Text: bankruptcy@veridiancu.org Oct 07 2015 00:02:13      Veridian Credit Union,
                PO Box 6000,    1827 Ansborough Ave.,    Waterloo, IA 50701-3629
802105042      EDI: WFFC.COM Oct 06 2015 23:58:00      Wells Fargo Cards,    PO Box 14517,
                Des Moines, IA 50306-3517
802105043      EDI: WFNNB.COM Oct 06 2015 23:58:00      World Financial Network Bank,    PO Box 182125,
                Columbus, OH 43218-2125
                                                                                              TOTAL: 20
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*           +Condor Capital,    165 Oser Ave.,    Hauppauge, NY 11788-3710
802105028    ##+MM Finance LLC,    dba EZ Money Check Cashing,    3314 Indianola Road,
                Des Moines, IA 50315-2961
802105033    ##Portfolio Recovery,    287 Independance B,    Virginia Beach, VA 23462-2962
                                                                                   TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0863-4          User: admin              Page 2 of 2              Date Rcvd: Oct 06, 2015
                              Form ID: 1B18            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2015                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2015 at the address(es) listed below:
              Donald F. Neiman    trusteeneiman@bradshawlaw.com,
               IA02@ecfcbis.com;DFN@trustesolutions.com;DFN@trustesolutions.net;warner.barbara@bradshawlaw.com
              John M Miller    on behalf of Debtor Juliana Sautchuk Hoard lisar@johnmillerlaw.com
              United States Trustee    USTPRegion12.DM.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

**B18 (Official Form 18) (12/07)**

# United States Bankruptcy Court
Southern District of Iowa
110 E. Court Ave., Suite 300
Des Moines, IA 50309
www.iasb.uscourts.gov

**Case No. 15–01377–als7**

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Juliana Sautchuk Hoard
2417 Buckingham Square, Apt. 321
Urbandale, IA 50322

Social Security No.:
xxx–xx–6065

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 10/6/15

Judge Anita L. Shodeen
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**